IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON COURTER, ) | CV 11-00736 LEK-KSC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JEFFREY KAROLLE, In Personam ) | |
| and S/V TRADITION, O.N. 227332, ) | |
| her engines, machinery, furniture, ) | |
| sails, rigging and appurtenances, In ) | |
| Rem , ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 16, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation Regarding Attorneys' Fees" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, October 4, 2013.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**JON COURTER V. JEFFREY KAROLLE, ETC.; CIVIL NO. 11-00736 LEK-KSC;
ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**